IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10CV21-RLV-DCK

| | |
|---|---|
| TERESA WALSH SMITHEY,<br><br>    Plaintiff,<br><br>v.<br><br>TYSON FOODS, INC., and HEALTHCARE RECOVERIES, INC.,<br><br>    Defendants. | ORDER |

This matter is before the Court on the Application for Admission to Practice *Pro Hac Vice* (Document No. 6) of Patricia Stephens Johnson, for admission as counsel *pro hac vice* on behalf of Defendant Tyson Foods, Inc. And Healthcare Recoveries, Inc. filed on April 7, 2010.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Johnson is admitted to appear before this court *pro hac vice* on behalf of Defendant Tyson Foods, Inc. and Healthcare Recoveries, Inc.

Signed: April 7, 2010

David C. Keesler
United States Magistrate Judge