# United States District Court
# For The Western District of North Carolina
# Statesville Division

Teresa Walsh Smithey,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                         5:10cv21

Tyson Foods, Inc., et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/7/12 Order.

                                                     Signed: August 7, 2012

                                                     Frank G. Johns, Clerk
                                                     United States District Court